JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO LUHRSEN,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF REDONDO BEACH; OFFICER DELARAY, OFFICER GONZALEZ, OFFICER LOFSTROM, and DOES 1 TO 10,<br><br>  Defendants. | Case No. 2:23-cv-08933-JFW<br>Judge: John F. Walter<br>Magistrate Judge: Maria A. Audero<br><br>[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Pursuant to the Stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is ordered that the entire action is dismissed with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED**

Date: 9/24/24

By: /s/ John F. Walter
John F. Walter
United States District Judge